# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00095-ART-BNW |
| Plaintiff, | ORDER |
| v. | |
| LARRY SENG IN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Objections to the Report and Recommendation currently due on May 25, 2022, be continued to June 8, 2022.

DATED this 26th day of May 2022.

_____
UNITED STATES DISTRICT JUDGE

1