UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LARRY SENG IN,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00095-ART-BNW-1<br><br>**<u>ORDER</u>** |

　　　Based on the stipulation (ECF No. 140) and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, September 25, 2025, at 1:00 p.m., be vacated and continued to Thursday, November 13, 2025, at 11:00 a.m. before U.S. District Judge Anne R. Traum in a Las Vegas courtroom to be determined.

　　　DATED this <u>2nd day of September 2025</u>.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Anne R. Traum
　　　　　　　　　　　　　　　　　　　　　United States District Judge