

FILED _____ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

**NOV 1 3 2025**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-095-ART-BNW |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| LARRY SENG IN, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c), based upon the plea of guilty by Larry Seng In to the criminal offense, forfeiting the property set forth in the Memorandum in Support of Plea and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Larry Seng In pled guilty. Criminal Indictment, ECF No. 5; Government's Memorandum in Support of Plea, ECF No. 130; Change of Plea, ECF No. 135; Preliminary Order of Forfeiture, ECF No. 136.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 3, 2025, through August 1, 2025, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 138-1, p. 5.

1       This Court finds the United States notified known third parties by regular mail and
2   certified mail return receipt requested of their right to petition the Court. Notice of Filing
3   Service of Process – Mailing, ECF No. 142.

4       On August 8, 2025, the United States Attorney's Office served and attempted to
5   serve Scott Daniel Halek with the Notice and the Preliminary Order of Forfeiture by regular
6   and certified return receipt mail. The certified mail was returned as unclaimed and unable to
7   forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing,
8   ECF No. 142-1, p. 3-15.

9       The Federal Bureau of Investigation checked Accurint and the Department of Motor
10  Vehicles for additional potential addresses and did not find any. The United States
11  Attorney's Office checked for additional potential addresses through Lexis Public Records
12  and did not find any. Notice of Filing Service of Process – Mailing, ECF No. 142-1, p. 3.

13      This Court finds no petition was filed herein by or on behalf of any person or entity
14  and the time for filing such petitions and claims has expired.

15      This Court finds no petitions are pending regarding the property named herein and
16  the time has expired for presenting such petitions.

17      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
18  all possessory rights, ownership rights, and all rights, titles, and interests in the property
19  hereinafter described are condemned, forfeited, and vested in the United States under Fed.
20  R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1)
21  with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to
22  law:

23      1.    Glock 22, .40 caliber pistol, bearing serial number CZG316 and
24      2.    any and all ammunition
25  (all of which constitutes property).

26      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R.
27  Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all

28

1  rights, titles, and interests in the property are extinguished and are not recognized for Larry

2  Seng In, Scott Daniel Halek, and all third parties.

3      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

4  copies of this Order to all counsel of record.

5  DATED _____Nov 13_____, 2025.

6

7

8  ANNE R. TRAUM
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28